# ROBERT P. SHEILS, JR., ESQUIRE
Chapter 7 Panel Trustee
U.S. Bankruptcy Court for the
Middle District of Pennsylvania

108 North Abington Road  Telephone: (570) 587-2600
Clarks Summit, PA 18411  Fax: (570) 585-0313

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes Barre, PA 18701

    RE:    **Minich, John Patrick, III**
            **Minich, Jacqueline**
            **Chapter 7 Bankruptcy**
            **Case No. 5:05-53518-JJT**

Dear Sir or Madam:

    Enclosed please find a check for unclaimed funds from the distribution for the above-referenced bankruptcy estate. The checks were sent to:

    PAWC
    P.O. Box 578
    Alton, IL 62002
    General Unsecured Check for $0.93

    Techneglass Federal Credit Union
    Dominick P. Pannunzio, Esquire
    240 Main Street
    Dupont, PA 18641
    General Unsecured Check for $567.50

    We would like to do our Trustee's Distribution Report, but we cannot until these funds are claimed. It was brought to my attention that any unclaimed funds from a distribution are to be sent to the U.S. Bankruptcy Court.

    Should you have any questions, please do not hesitate to contact me.

            Respectfully yours,

            /s/ Robert P. Sheils, Jr.
            Robert P. Sheils, Jr.
            Chapter 7 Trustee

RPS/sh
Enc.